**IT IS ORDERED as set forth below:**

Date: March 16, 2009

_____
**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| OL-RICH GA, INC., | : | Case No. 08-44461-pwb |
| dba OL-RICH PACKING COMPANY, | : | |
|     Debtor. | : | Judge Bonapfel |

| | |
|---|---|
| GEORGIA BANK & TRUST CO., | : |
|     Movant, | : |
| v. | : |
| | : CONTESTED MATTER |
| OL-RICH GA, INC., | : |
|     Respondent, | : |
| and | : |
| | : |
| TRACEY L. MONTZ, | : |
|     Trustee. | : |

<u>CONSENT ORDER</u>

This matter having come before the Court without hearing inasmuch as this Consent Order was presented at the time the Motion for Relief from Stay was filed by GEORGIA BANK & TRUST CO. (hereinafter "GB&T") seeking relief from the automatic stay as it pertains to all equipment and

inventory owned or hereafter acquired, wherever located of business, together with all accessions, accessories and attachments, now or hereafter affixed thereto, said property being referenced on a Financing Statement filed in Gwinnett County, Georgia on May 12, 2008, being No. 004807 (hereinafter "property"), and the debtor, through counsel, having both consented to the requested relief and waived the stay provisions of Rule 4001(a)(3) of the Federal Rules of Bankruptcy, and there being no opposition to the requested relief by the Chapter 7 Trustee,

IT IS HEREBY ORDERED that the Motion for Relief from Stay be, and is hereby, GRANTED pursuant to 11 U.S.C. §362(d) so as to allow the immediate surrender of the aforementioned property to GB&T.

IT IS FURTHER ORDERED that any excess proceeds realized by GB&T from the sale of the aforementioned property be reported to the Chapter 7 Trustee.

IT IS FURTHER ORDERED that the Clerk serve copies of this Consent Order on the parties indicated on the Distribution List attached hereto and incorporated herein by reference.

**END OF DOCUMENT**

(Signatures on next page)

Prepared and presented by:

/S/ Wendell S. Agee
Wendell S. Agee
Attorney for Movant
GA Bar No. 005558
Law Offices of Wendell S. Agee, P.C.
P.O. Box 2374
Buford, GA 30515-2374
(678) 714-3181


Reviewed by:

/S/ Tracey L. Montz
Tracey L. Montz
Chapter 7 Trustee
Suite 200C-#406
2100 Roswell Road
Marietta, GA 30062-3813
(404) 713-6472

Consented to:

/S/ Ian M. Falcone
Ian M. Falcone
Counsel for Debtor
GA Bar No. 254470
The Falcone Law Firm, P.C.
363 Lawrence Street
Marietta, GA 30060
(770) 426-9359

Distribution List:

Wendell S. Agee
Law Offices of Wendell S. Agee, P.C.
P.O. Box 2374
Buford, GA 30515-2374

Ol-Rich GA, Inc.
2155 Sugarstone Ct.
Lawrenceville, GA 30043

Tracey L. Montz
Chapter 7 Trustee
Suite 200C-#406
2100 Roswell Road
Marietta, GA 30062-3813

Ian M. Falcone
The Falcone Law Firm, P.C.
363 Lawrence Street
Marietta, GA 30060